```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


FRESENIUS MEDICAL CARE      )
HOLDINGS, INC.,             )
                            )
          Plaintiff,        )   CIVIL ACTION NO.
                            )   08-12118-DPW
v.                          )
                            )
UNITED STATES OF AMERICA,   )
                            )
          Defendant.        )
```

MEMORANDUM AND ORDER
March 29, 2013

It has been my intention to enter judgment for the plaintiff on the jury verdict rendered in this case.  I note that motions for judgment as a matter of law filed prior to the jury verdict by both the plaintiff (#128) and the defendant (#130) remain outstanding on the docket and I will hereby deny both in order to implement the jury's verdict.

The plaintiff has moved for an order to enter final judgment (#142) in an amount certain. But the defendant in opposition (#1430 professes to be unable to be assured that it can calculate the judgment amount in part because "there are events that are not known (and in many cases knowable [sic]) when judgment is entered that affect the amount of interest due under the statutes as of the date of judgment and render interest computed at the section 6621(a) rate incorrect. These potential events make it impossible to make a proper determination as to the amount of the overpayment interest which would have been due the taxpayer under

the statutes as of the date of judgment." *Id.* at 2.  The defendant's solution to its inability to make a proper determination of the judgment is an offer to the plaintiff to "challenge the IRS' computations in a motion to enforce judgment in the unlikely event that it disagrees with the computations." *Id.* at 4.

I am disinclined to enter a judgment with such uncertainty attached to it and as to which the losing party proposes that the prevailing party bear the burden of initiating still further proceedings in order to clarify matters.  Accordingly, I direct the clerk to set this matter for hearing on plaintiff's motion for entry of judgment at 2:30 pm May 8, 2013.  The parties shall file on or before April 26, 2013 submissions setting forth in detail the parties respective proposals as to the correct judgment amount on the assumption that judgment will enter on May 31, 2013.

*/s/ Douglas P. Woodlock*
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE
